Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

'06 DEC 13 P3:54

U.S.A. vs. Odette S. PacsiDocket No. 00-00197-001

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Odette S. Pacsi, who was placed on supervision by the Honorable Donetta W. Ambrose sitting in the Court at Pittsburgh, Pennsylvania, on the 2nd day of February 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another Federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall pay any financial penalty that remains unpaid at the commencement of the term of supervised release.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall pay the remaining restitution in monthly installments of not less than 10 percent of her gross monthly earnings.
- The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.
- The defendant shall participate in a mental health treatment program as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- The defendant shall make restitution to National City Bank in the amount of $589,000.
- The defendant shall pay a special assessment of $100.

02-02-01:    Bank Embezzlement; 12 months and one day of imprisonment, 5 years of supervised release.
02-01-02:    Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports that Ms. Pacsi made monthly payments to the best of her ability consisting of 67 payments totaling $97,860. The defendant maintained employment throughout most of her supervision.

    As of this writing, a balance of $491,140 is owed in this case. Ms. Pacsi does not have the ability to pay the balance of restitution in full prior to the expiration of her term of supervised release on January 31, 2007. Therefore, it is respectfully recommended that the case be allowed to close with money owing.

U.S.A. vs. Odette S. Pacsi  
Docket No. 00-00197-001  
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00197-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case. | Executed on    12-08-06 |
|  | *[signature]* Matthew L. Rea, U.S. Probation Officer |
| _____ Chief U.S. District Judge | *[signature]* Gerald R. Buban, Supervising U.S. Probation Officer |
|  | Place:    Erie, PA |