U.S.A. vs. Odette S. Pacsi
Docket No. 00-00197-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00197-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _14th_ day of _Dec._, 20 _06_ and ordered filed and made a part of the records in the above case.<br><br>_[signature]_<br>Chief U.S. District Judge | Executed on   12-08-06<br><br>_[signature]_<br>Matthew L. Rea<br>U.S. Probation Officer<br><br>_[signature]_<br>Gerald R. Buban<br>Supervising U.S. Probation Officer<br><br>Place:   Erie, PA |